**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**PLAINTIFF,**

**V.** **Case No. 8:24-CR-150-TPB-T_W**

**MAURICIO B. REINA LOZADA,**

**DEFENDANT.**

______________________________/

## NOTICE THAT THE FEDERAL DEFENDER'S OFFICE HAS SATISFIED THE REQUIREMENTS IMPOSED BY THE AMENDMENT 821 OMNIBUS ORDER

The Office of the Federal Defender, by and through undersigned counsel, hereby gives notice that it has satisfied the requirements set forth in this Court's *Omnibus Order In Re: Amendment 821, United States Sentencing Guidelines*, 3:21-mc-1-TJC ("Omnibus Order"), and respectfully notifies this Court that it will not be filing a Motion for Sentence Reduction under Amendment 821 on behalf of Defendant Mauricio Bienvenido Reina Lozada.

1. The Omnibus Order authorizes the Office of the Federal Defender to represent defendants who [were] sentenced in the Middle District of Florida and [are] potentially eligible for a reduced sentence

under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 because of Amendment 821." Omnibus Order at 1.

*2.* On March 2, 2026, the Court specifically appointed the Federal Defender to represent Mauricio Bienvenido Reina Lozada. Doc. 111. Undersigned counsel filed a notice of appearance on March 13, 2026. Doc. 114.

3. Pursuant to the procedures set forth in the Omnibus Order, U.S. Probation prepares an Amendment 821 Memorandum detailing the eligibility of such defendants to receive a sentence reduction under Amendment 821. *Id.* Upon receipt of Amendment 821 Memorandum, the Federal Defender is required to inform the Court if a conflict prevents the Office from representing the defendant, and in the absence of a conflict, "evaluate the defendant's eligibility for relief under Amendment." *Id.* at 2. If the Office "determines that it will not pursue relief on the defendant's behalf, it shall file a notice advising the court . . . and take any appropriate steps to comply with the applicable rules of professional conduct." *Id.*

4. Undersigned counsel has received Probation's Amendment 821 Memorandum concerning Mr. Reina Lozada's eligibility and has no conflict of interest that would prohibit this Office from representing Defendant.

5. However, based on undersigned counsel's thorough and diligent review of the record, including Probation's Amendment 821 Memorandum, Mr. Reina Lozada's original presentence investigation report, and the Statement of Reasons, undersigned counsel cannot argue in good faith that Mr. Reina Lozada is eligible for a sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 821 of the United States Sentencing Guidelines because, although Mr. Reina Lozada was assessed zero criminal history points, he already received a reduction under USSG § 4C1.1 at his original sentencing. *See* PSR ¶ 28. Therefore, undersigned counsel will not be filing a Motion for Sentence Reduction under Amendment 821 on behalf of Defendant Mauricio Bienvenido Reina Lozada.

6. The undersigned counsel will provide an explanation of this filing to Mr. Reina Lozada prior to terminating representation in this matter.

Accordingly, the Office of the Federal Defender will not be filing a motion for sentence reduction under Amendment 821 on behalf of Defendant Reina Lozada.

Charles L. Pritchard, Jr.
Federal Public Defender

*/s/ Meghan Ann Collins*
Meghan Ann Collins
Research and Writing Attorney
Florida Bar No. 0492868
201 S. Orange Ave, Suite 300
Orlando, Florida 32806
Telephone: (407) 648-6330
E-Mail: Meghan_boyle@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2026 a copy of the foregoing was filed using the Court's Electronic Case Filing system, which will send notification to the United States Attorney's Office.

*/s/ Meghan Ann Collins*
Meghan Ann Collins
Research and Writing Attorney